## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>GERARDO SANDOVAL-GONZALEZ (1),<br><br>　　　　　　Defendant. | CASE NO. 08CR3421-BEN<br><br>**JUDGMENT OF DISMISSAL** |

12 JAN 25 PM 1:28

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1326(a)and(b).

---

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 23, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Roger T. Benitez
　　　　　　　　　　　　　　　　　　　U.S. District Judge